UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| WAYNE MUEHLBAUER, COREY BISSON, RENEE FALES AND CHARLES HEATH, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>-v-<br><br>GENERAL MOTORS CORPORATION,<br><br>Defendant. | Civ. No. 05-cv-02676<br><br>**CONSOLIDATED AMENDED CLASS ACTION COMPLAINT**<br><br>**JURY TRIAL DEMANDED** |

**PLAINTIFFS' CONSOLIDATED AMENDED CLASS ACTION COMPLAINT**

Plaintiffs Wayne Muehlbauer, Corey Bisson, Renee Fales, and Charles Heath, ("Plaintiffs") individually, and on behalf of all other persons similarly situated, by their undersigned counsel, allege the following upon personal knowledge as to their own acts, and upon information and belief as to all other matters. Plaintiffs' information and belief is based on the investigation conducted by their counsel.

**NATURE OF THE ACTION**

1. Plaintiffs bring this action both individually, and as a class action against defendant General Motors Corporation ("GM" or "Defendant"), on behalf of themselves and all other similarly situated persons and entities, who purchased or leased, a 1999 through 2002 model year C/K series GMT800 platform vehicle equipped with an antilock brake system ("ABS") in Connecticut, Illinois, Indiana, Massachusetts, Maine, Michigan, New Hampshire, New Jersey, New York, Ohio, Pennsylvania, Rhode Island, Vermont and West Virginia, on or before August 30, 2005, and in Alaska, Arkansas, California, Colorado, Delaware, District of

Columbia, Florida, Georgia, Hawaii, Iowa, Louisiana, Kansas, Kentucky, Maryland, Minnesota, Mississippi, Missouri, Montana, Nebraska, Nevada, New Mexico, North Carolina, North Dakota, Oklahoma, Oregon, South Carolina, South Dakota, Texas, Utah, Virginia, Washington, Wisconsin, and Wyoming, at any time (collectively, the "Class States," the "Vehicles" and the "Class" respectively). Excluded from the Class are Defendant and any entity that has a controlling interest in Defendant. Any claims that Plaintiffs or any member of the Class may have for personal injuries or consequential damages are expressly excluded from this action.

2. All of the Vehicles sold in both Canada and the Class States are defectively designed because they are all equipped with a Wheel Hub Bearing Assembly and ABS system that permit corrosion to migrate and be introduced into the Wheel Hub Bearing Assembly via the ABS Wheel Speed Sensor hole, thereby contaminating the hub assembly, fouling the all-important "air gap", and corroding the ABS Wheel Speed Sensors. This condition, in turn, causes the unwanted cycling of the ABS at low speeds, resulting in longer than anticipated stopping distances.

## THE PARTIES

3. Plaintiff Wayne Muehlbauer, at all relevant times, was a citizen of the State of Illinois. Plaintiff Muehlbauer purchased a 1999 Chevrolet Suburban on or about August 1, 2000. While operating his 1999 Chevrolet Suburban, Plaintiff Muehlbauer experienced unwanted ABS activation and increased stopping distances during low-speed brake applications at various times.

4. Plaintiff Corey Bisson, at all relevant times, was a citizen of the State of Maine. Plaintiff Bisson purchased a 2002 Chevrolet Silverado on or about September 1, 2004. While

2

operating his 2002 Chevrolet Silverado, Plaintiff Bisson experienced unwanted ABS activation and increased stopping distances during low-speed brake applications on or about June 1, 2005.

5. Plaintiff Renee Fales, at all relevant times, was a citizen of the State of California. Plaintiff Fales purchased a 2000 Chevrolet Silverado on or about June 4, 2001. While operating her 2000 Chevrolet Silverado Plaintiff Fales experienced unwanted ABS activation and increased stopping distances during low-speed brake applications on or about July 14, 2005.

6. Plaintiff Charles Heath, at all relevant times, was a citizen of the State of Rhode Island. Plaintiff Heath leased a 2000 Chevrolet Silverado on or about January 1, 2000. While operating his 2000 Chevrolet Silverado, Plaintiff Heath experienced unwanted ABS activation and increased stopping distances during low-speed brake applications at various times.

7. Defendant GM manufacturers and sells vehicles worldwide under the Chevrolet, Buick, Cadillac, Oldsmobile, Pontiac, Saturn, Hummer, Saab, Opel, Vauxhall, Holden and GMC brand names. GM maintains its corporate executive offices at 300 Renaissance Center, Detroit, Michigan. As specifically alleged herein, GM knew of the design defect in the Vehicles at least as early as January 1999. However, GM concealed and did not disclose the existence of this defect (a material fact) to Plaintiffs or Class members at the times each of them purchased their Vehicles, thereby causing each of the Plaintiffs and Class members to be deceived into purchasing their Vehicles. As a result of GM's misconduct, Plaintiffs and Class members were proximately caused to incur damages in an amount to be determined at trial.

## JURISDICTION AND VENUE

8. This action is brought to remedy violations of the laws governing unjust enrichment, implied warranty, and consumer protection in connection with GM's misconduct as it relates to GM's design, manufacture and sale of the defective Vehicles.

9. This Court has jurisdiction over the claims asserted in this action pursuant to 28 U.S.C. § 1332. Venue is proper in this Judicial District because GM conducts substantial business activity, including advertising, marketing, distribution, and sale of Vehicles in this Judicial District. Many of the acts and transactions giving rise to the violations of law complained of herein occurred within this Judicial District.

## PRIVATE ATTORNEY GENERAL ALLEGATIONS

10. In addition to asserting class action claims in this action, Plaintiff Renee Fales asserts claims as a private attorney general on behalf of the members of the general public of California pursuant to California Civil Code § 1750 et seq. The purpose of such claim is to require GM to disgorge and restore all monies wrongfully obtained by GM through its unfair business practices. A private attorney general action is necessary and appropriate because GM has engaged in the wrongful acts described herein as a general business practice.

## SUBSTANTIVE ALLEGATIONS

**Components of the Wheel Assemblies and Antilock Brake Systems**
**Used To Equip General Motor's GMT 800 Platform Series Vehicles**

11. To understand the design defect inherent in the Vehicles, it is necessary to first identify certain components of the wheel assembly and the ABS brake system used to equip the Vehicles. These components include: (i) Wheel Bearing Hub Assembly; (ii) ABS Wheel Speed Sensors; (iii) ABS Tone Rings; (iv) ABS Valves; (v) ABS Pump; and the (vi) ABS Controller.

**Wheel Bearing Hub Assembly**

12. A Wheel Bearing Hub Assembly is the base of a wheel with studs protruding from its face upon which the wheel itself is mounted to a Vehicle. Figure 1 below illustrates the Wheel Bearing Hub Assembly used in manufacturing the Vehicles.

**Figure 1**



See also Exhibit 1.

**Wheel Speed Sensors / ABS Tone Rings**

13. An antilock brake system requires a mechanism to determine when a wheel is about to lock up. The Wheel Speed Sensor is such mechanism. The Wheel Speed Sensors, which are built into the Vehicles' Wheel Bearing Hub Assemblies, monitor wheel speed and communicate wheel speed to the ABS Controller. See Exhibits 2-4 (depicting a Wheel Speed Sensor built into a Wheel Bearing Hub Assembly).

14. Figure 2 below illustrates both an ABS Wheel Speed Sensor and ABS Tone Ring. A metal ABS Tone Ring with a predetermined number of teeth sits between the inner and outer bearings of each bearing hub assembly. The ABS Wheel Speed Sensor plugs into a

carefully machined hole in the forging, locating it just above the ABS Tone Ring. As the Vehicles' wheels and ABS Tone Rings turn, the ABS Tone Ring teeth pass by their respective ABS Wheel Speed Sensors. The gaps between the teeth trigger each ABS Wheel Speed Sensor in direct relationship to the speed of the teeth and gaps. When the Vehicle's brakes are applied, the ABS Controller compares the signals it has received from each of the ABS Wheel Speed Sensors. If the ABS Controller sees or believes that the wheels are locked or turning at different speeds (skidding), the ABS Controller triggers the ABS Braking System to modulate the Vehicle's brakes. Since there is no direct mechanical contact between the ABS Tone Ring and the ABS Wheel Speed Sensor, the air gap between these two components must be maintained, otherwise false readings will occur. The air gap is the distance from the teeth on the ABS Tone Ring to the tip of the magnet at the core of the Wheel Speed Sensor and, in this type of system, is normally in the range of 1 mm. The air gap is determined by the machined mounting surface on the bearing housing. Because of their size, the front ABS Wheel Speed Sensors on the Vehicles have a relatively low output when compared to other sensors. The lower output makes these ABS Wheel Speed Sensors especially sensitive at lower speeds. Small changes in the air gap can create enough of a side-to-side difference to trigger a false activation of the ABS.

**Figure 2**



15. The ABS sensor system used in the Vehicles is a three sensor system with the two front wheel sensors being referred to as the "ABS Wheel Speed Sensors" and the rear sensor being referred to as the "ABS Vehicle Speed Sensor."

16. Figure 3 illustrates the location and placement of the ABS Wheel Speed Sensor relative to the wheel bearing casing and ABS Tone Ring.

**Figure 3**



**ABS Valves**

17. There is an ABS Valve in the brake line of each brake controlled by an ABS system. Each ABS Valve is operated by the ABS Controller, and each ABS Valve typically has three positions. In position one, the ABS Valve is open and pressure from the master brake cylinder is passed through to the brake, allowing brake pressure to be applied. In position two,

the ABS Valve blocks the brake line, thereby isolating the brake from the master brake cylinder by preventing brake fluid from flowing through the brake line. This prevents the pressure from rising further and eventually causing wheel lock up should the driver of a vehicle continue to apply increasing pressure on the brake pedal. In position three, the ABS Valve releases some of the pressure from the brake, thereby avoiding wheel lock up.

**ABS Pump**

18.   While brake pressure is released by the ABS Valves in order to avoid wheel lock up, brake pressure must also be quickly re-applied in order for the brakes to function and slow a moving vehicle. The ABS Pump is controlled by the ABS Controller and the function of the ABS Pump is to quickly increase brake line pressure by causing additional brake fluid to be pumped into the brake lines. Figure 4 below illustrates an ABS Pump and ABS Valves.

**Figure 4**



**ABS Controller**

19. The ABS Controller is a computer system in a vehicle that constantly monitors wheel speed data and controls the ABS Valves. As the driver of a vehicle that is being operated applies the brakes, the ABS Controller monitors wheel speed information that is being transmitted to it by the Wheel Speed Sensors. If the ABS Controller senses that a wheel is approaching lock up or is spinning at a speed that differs significantly from the vehicle's other wheels, the ABS Controller sends a signal to the hydraulic modulator to reduce, then reapply, brake pressure several times per second for as long as the driver maintains firm pressure on the brake pedal.

**The Theory Behind The Normal Operation Of An Antilock Braking System**

20. In theory, antilock brakes are designed to help drivers avoid crashes. When a driver applies a great deal of force to the brake pedal of a vehicle that is not equipped with ABS brakes while that vehicle is being operated, the wheels may lock and the vehicle may skid. Wheel lockup can result in longer stopping distances, loss of steering control and, when road friction is uneven, loss of stability if the vehicle begins to spin. ABS brakes are theoretically designed to reduce these problems on wet and slippery roads.

21. Antilock brakes are theoretically supposed to work in conjunction with a vehicle's normal service or "foundation" brakes to decrease stopping distance and increase the control and stability of the vehicle during instances of hard braking.

22. The principle behind ABS brakes is that a skidding wheel provides less stopping force and control than a wheel that is rotating. Antilock brakes are theoretically supposed to prevent wheels from skidding by monitoring the speed of each wheel and automatically pulsing the brake pressure on any wheels where skidding is detected by the Wheel Speed Sensor. Once a Wheel Speed Sensor transmits data to the ABS Controller indicating that a wheel lock up is

imminent, the ABS Controller first acts to decrease the brake pressure by closing the ABS Valve in the affected brake line in order to prevent any additional brake fluid from flowing from the master brake cylinder through that brake line, the ABS Controller also causes any excess brake fluid to be "dumped" into an overflow reservoir – both actions serve to decrease brake pressure on the affected wheel in order to avoid wheel lock up. Conversely, once the ABS Controller senses that the brake line pressure has dropped to a level that requires an increase in brake line pressure in order to achieve the desired braking effect, the ABS Controller directs the ABS Valve in the brake line to open and the ABS Pump to pump additional brake fluid into that brake line in order to increase brake pressure. The rapid opening and closing of the ABS Valves and pumping and dumping of brake fluid resulting in a rapid "pulsing" of the vehicle's brakes in order to apply the brake pressure required to stop the vehicle without the vehicle experiencing wheel lock up. This pulsing can often be felt in the brake pedal.

**General Motors' GMT 800 Platform Vehicles
Are Defectively Designed Because They Are
<u>Equipped With A Defective Antilock Brake System</u>**

23. The Wheel Hub Bearing Assembly and ABS System used in manufacturing the Vehicles are defectively designed because they allow corrosion to migrate, and be introduced into the Wheel Hub Bearing Assembly via the ABS Wheel Speed Sensor hole, thereby contaminating the hub assembly, fouling the all-important "air gap", and corroding the ABS Wheel Speed Sensors themselves. See Exhibits 5-13 (depicting corrosion-contaminated Wheel Hub Bearing/Wheel Speed Sensor Assemblies); Exhibits 14-18 (depicting corrosion-contaminated Wheel Speed Sensors); Exhibits 19-20 (depicting corrosion-contaminated Wheel Speed Sensor mounting surfaces).

24. Corrosion of the ABS Wheel Speed Sensor mounting surface is the most common cause of a change in the "air gap" between the ABS Tone Ring and the ABS Wheel Speed Sensor. The "air gap" becomes fouled when corrosion pushes the ABS Wheel Speed Sensor away from the ABS Tone Ring teeth, causing an increase in the "air gap." The larger the air gap, the weaker the signal that is transmitted by the ABS Wheel Speed Sensor to the ABS Controller.

25. According to Defendant's internal publications, the ABS Wheel Speed Sensors used in the Vehicles are designed to transmit an electronic pulse that measures between 300-350 millivolts. As corrosion is introduced into the "air gap," thereby causing the ABS Wheel Speed Sensor to be pushed only a few millimeters farther away from the ABS Tone Ring than it was designed to be positioned, the strength of the electronic pulse transmitted across the "air gap" diminishes below the specified 300-350 millivolts.

26. When the "air gap" is fouled, the ABS Wheel Speed Sensor can report to the ABS Controller a higher or lower wheel speed than the speed at which the wheel is actually traveling. A fouled "air gap" can also cause an ABS Wheel Speed Sensor to transmit a garbled, and therefore useless, signal to the ABS Controller. Either of these situations can confuse the ABS Controller into working when it should not, or failing to work when it should, resulting in collisions. See, e.g., Exhibits 21-24 (depicting collisions and property damage that resulted from the unwanted activation of the ABS in both Vehicles at low speeds, which was caused by corrosion contaminating the ABS Wheel Speed Sensors in both Vehicles. Exhibits 23 and 24 depict the crash that occurred in Plaintiff Renee Fales' Vehicle when she experienced an unwanted activation of the ABS in her Vehicle while pulling into the parking space depicted in the photos).

27. For example, coming to a low-speed stop, certain of the wheel speed sensors may be reading 50 RPM, while a contaminated sensor reports 500 RPM. In such a situation, the ABS Controller compares signals that it is receiving from all of the ABS Wheel Speed Sensors and incorrectly sees this situation as a vehicle out of control, with one wheel turning at 500 RPM and three wheels skidding at 50 RPM. Because the purpose of the ABS system is to prevent wheel lockup and skidding, the ABS Controller kicks in aggressively to pulse the brakes. However, when incorrect ABS Wheel Speed Sensor data transmissions cause the ABS Controller to trigger and rapidly pulse the brakes at speeds that are too low, it significantly and unsafely lengthens what should be a simple low-speed stop.

**From 1999 Through 2002, Canadian Government Officials Received A Large Number of Complaints Concerning The Unwanted Activation Of The Antilock Braking System In GM's GMT 800 Platform Vehicles At Low Speeds**

28. Complaints that drivers of GM's GMT 800 Platform Vehicles were experiencing unwanted activation of the antilock braking systems while operating these Vehicles at low speeds began to surface almost immediately after GM first sold these Vehicles. Excerpts from complaints made to the Canadian Government during the 1999 through 2002 time frame provide clear evidence that the GMT 800 Platform Vehicles are defectively designed and that GM has known of the existence of the defect since at least January 1999. Relevant excerpts from these complaints, many of which were provided to GM by from the Canadian government agency known as Transport Canada ("Transport Canada") (the Canadian counter-part to the United States' Department of Transportation's National Highway Traffic Safety Administration or "NHTSA"), are set forth below.

| Log Number | Comments |
|---|---|
| RP855 | Recently the owner's wife has noticed that while braking at low speeds the anti-lock brakes apply and the vehicle's stopping distance is longer |

| | |
|---|---|
| Date:<br>11/11/2002 | than normal. At first it was rare for this ABS to come on, now it is occurring every fourth or fifth slow speed brake application.<br><br>Investigation: The vehicle was test driven at slow speeds with the Tech II diagnostic tool contacted to the vehicle. ...... At speeds below 8km/h, the ABS would activate with light brake pedal application. ........ The driver's front wheel speed sensor produced an output voltage between 150 and 200 mv, the passenger front wheel speed sensor produced between 150 and 180 mv. The values are below the minimum of 350 mv as recommended by the vehicle manufacturer. The front rotors and calipers were removed to further examine the wheel speed sensors. There was a significant amount of corrosion in and around the sensor areas. **The sensors were removed and it was found that corrosion and poultice had migrated between the flat sensor mounting surface and the mounting surface of the wheel hub.**<br><br>**Conclusion: The unwanted ABS activation appears to have resulted from contamination of the wheel speed sensors**. (Emphasis added) |
| RQ931<br><br>Date:<br>3/19/2004 | The complainant pulled into the used car lot, turned left, then right, did a u turn, drove past two parked cars into a parking spot at approximately 8km/h and when he went to stop the vehicle continued traveling and ran into a steel raised car display. **Inspection by dealer has found that the stopping distance of the vehicle was being extended do [sic] to corrosion build up under the front wheel speed sensor mounts, an issue currently under investigation by this office.** (Emphasis added). |
| RQ643<br><br>Date:<br>11/3/2003 | The owner's wife was recently involved in a minor accident while parking. Prior to stopping the ABS system kicked in and sustained brake loss and hit the vehicle in front of her. Clean dry level asphalt parking lot. Travel speed <5km/h.<br><br>Investigation (as noted by DFAU): **I spoke with the complainant on November 11/03, and briefly explained about the build-up of corrosion that could have formed under the speed sensor thereby increasing the air-gap and reducing the sensors ability to record vehicle speed.** (Emphasis added). |
| RP096<br><br>Date:<br>10/31/2001 | The complainant was pulling in a parking stall at [sic] local ice cream parlor. When he applied the brakes, the pedal was very stiff, the ABS pump could be heard functioning and the vehicle was not decelerating. The vehicle came to a rest over a concrete curb after the driver put the transmission in neutral.<br><br>Investigation: **This is a condition that happens at low speed operation of the vehicle such as parking maneuvers and** |

| | approaching a traffic light, generally at 5 to 10 km/h. **Corrosion can build up behind the backing plate where the wheel speed sensor is mounted and cause the sensor to tilt towards the rotor thus reducing the air gap required between them, even allowing them to come into contact**.... When the sensor and rotor come into contact and the brakes are applied, the computer is fooled into believing the affected wheel is locked up and proceeds to release the pressure to that wheel. Once the computer realizes that releasing pressure to that wheel does not allow the wheel to rotate, it proceeds to release pressure to the other wheels. **This condition can last for as long as there is a contact between the sensor and rotor.** (Emphasis added). |
|---|---|
| RQ608<br><br>Date:<br>10/20/2003 | On two occurrences with out [sic.] warning, at low speeds the complainant has had the misfortune of having unwanted abs activation causing an extended stopping distance (the feeling of a loss of brakes). The second occurrence resulted in the complainant backing into a cement hydro pole. |
| RQ618<br><br>Date:<br>10/24/2003 | On October 17, 2003, when the owner entered his driveway, the brake pedal went to the floor along with some pulsations and the vehicle would not stop. Fortunately, he still managed to slow down the vehicle by applying excessive force on the brake pedal. The vehicle stopped approximately 2-3 inches from his garage door (his driveway is not on an incline). The owner was extremely concerned following this incident since the vehicle had recently received a brake job and there had been no prior warning (NO ABS light at any time) to suggest that the vehicle could experience a brake loss. However, he had noticed that since the end of September 2003, the ABS would activate very frequently even when conducting normal stops. |
| RR333<br>Date:<br>9/17/2004 | Increased stopping distance due to unexpected ABS activation when stopping from low speeds. The problem gradually worsened until [sic.] was eventually happening on a daily basis. |
| RR369<br>Date:<br>9/28/2004 | This owner on a number of occasions has experienced unwanted low speed ABS. He took the vehicle to [name omitted in original] who advised him of the problem and allowed him to drive off without fixing the problem. His scariest moment forced him to swerve around a parked car that he would have hit because of the loss of brakes. |
| RR790<br><br>Date: 4/7/2005 | The complainant was driving the vehicle into his laneway when suddenly the brake pedal became stiff and the truck would not stop. As a result of the failure, the truck ran into the side of his house. There were no injuries suffered as a result of the collision. Damage to the truck was limited to the front grille, bumper hood and bug deflector ($2,141 quote to repair from dealership). As the vehicle was still in a drivable state, the complainant attempted to replicate the occurrence of the problem. On successive low speed stops, the complainant was able to replicate the failure. |

29. Significantly, Transport Canada provided copies of the foregoing and other complaints directly to GM as early as 1999, thereby providing GM with actual knowledge of the defect in these Vehicles as of 1999. For example:

    a. An <u>August 16, 1999</u> letter from Transport Canada to General Motors stated:

> As you [GM] are aware we have been notified of an ABS induced collision involving a 1999 GMC pickup truck, the details of which are attached.

    b. A <u>December 27, 2000</u> letter from Transport Canada to General Motors stated:

> We have become aware of a complaint concerning the ABS performance of a 1999 GMC 1500, the details of which are attached. This department will be using the data generated in this investigation in its ABS study.

    c. A <u>February 15, 2001</u> letter from Transport Canada to General Motors stated:

> We have become aware of a collision involving a 1999 Chevrolet K1500 4X4, the details of which are attached. This collision was alleged to have been caused by the operating characteristics of the ABS.

    d. A <u>January 18, 2002</u> letter from Transport Canada to General Motors stated:

> Enclosed is a copy of the above referenced public complaint. It pertains to brake performance concern.

    e. A <u>February 26, 2002</u> letter from Transport Canada to General Motors stated:

> This complaint involves a brake failure when the driver had to shift into reverse in order to control the truck. A warning light was not illuminated. **<u>The fact that a failed ABS component results in a complete braking failure exhibits a gross shortcoming in the design of the system</u>**. At a minimum such a failure should revert the system to the foundation braking system. (Emphasis added).

    f. A <u>July 24, 2002</u> letter from Transport Canada to General Motors stated:

> Enclosed is a copy of the above referenced public complaint. It pertains to allegedly poor performance with respect to the ABS system.

30. Additionally, GM's own documents confirm that GM had actual knowledge of the defect in the Vehicles as early as 1999. Significantly, a January 4, 1999 GM Dealer Field